■ RAYMOND MICHAELS HOLDING CORP., Appellant, v JOHN R. SCOTT et al., Respondents.

A review of the record and of the applicable regulations contained in the New York State Sanitary Code reveals that there was a rational basis for the rejection of the petitioner's application for a variance from water disinfection requirements. Accordingly, the determination of the Dutchess County Department of Health was correctly confirmed *(see, Matter of Colton v Berman,* 21 NY2d 322). Thompson, J. P., Bracken, Eiber and Spatt, JJ., concur.